No. 74–396.  MATHIS v. ALABAMA, 419 U. S. 1106;

No. 74–5283.  RODRIGUEZ-PRECIADO v. IMMIGRATION AND NATURALIZATION SERVICE, 419 U. S. 1112;

No. 74–5463.  MILLER v. MARYLAND, 419 U. S. 1072;

No. 74–5465.  LAUGHLIN v. UNITED STATES, 419 U. S. 1114;

No. 74–5583.  TURNER v. CALIFORNIA, 419 U. S. 1099; and

No. 74–5667.  LUCKETT v. WARDEN, NEVADA STATE PRISON, *ante,* p. 911.  Petitions for rehearing denied.

No. 73–1323.  GENERAL MOTORS ACCEPTANCE CORP. ET AL. v. EASON ET AL., 416 U. S. 960.  Motion for leave to file petition for rehearing denied.  MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

MARCH 7, 1975

No. 74–5654.  JONES v. UNITED STATES; and

No. 74–5786.  JONES v. UNITED STATES.  C. A. 3d Cir. Certiorari dismissed under this Court's Rule 60.

MARCH 10, 1975

No. 74–5844.  WOODS v. UNITED STATES.  C. A. 4th Cir.  Certiorari dismissed under this Court's Rule 60.

MARCH 12, 1975

No. 74–854.  DATA PRODUCTS CORP. v. UNITED STATES. C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 60.

*See also second note, *supra,* p. 957.